# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| VENTURA GARCIA, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:22-cv-00023-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU JAMISON, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 17, 2022 Order.

March 17, 2022

_____

Frank G. Johns, Clerk
United States District Court